# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Annetto A. Redley<br>                              Debtor<br><br>FREEDOM MORTGAGE CORPORATION<br>                              Movant<br>          vs.<br><br>Annetto A. Redley<br>                              Respondent | CHAPTER 13<br><br><br>NO. 18-11099 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection of FREEDOM MORTGAGE CORPORATION to Confirmation of Chapter 13 Plan, which was filed with the Court on or about May 1, 2018 (Document No. 13).

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Attorney for Movant
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

November 9, 2018