IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                           : Chapter 13
    Redley, Annetto A.
      Debtor                                               : 18-11099

AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE

TO EMPLOYER:
Cura an Elior Company
775 Woodlands Pkway, Ste 100
Ridgeland, MS 39157

Re:   Redley, Annetto A.
SSN:  xxx-xx-8607

The future earnings of the above named debtor Redley, Annetto A., being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's amended chapter 13 plan,

**It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$225.00 for 11 months (Started on March 1, 2018) then as of this February 1, 2019, the payment shall increase to $256.00 monthly for a period of 49 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

**$225.00 for 11 months (Started on March 1, 2018) then as of this February 1, 2019, the payment shall increase to $256.00 monthly for a period of 49 months, to:**
   William C. Miller, Trustee, P.O. Box 1799, Memphis, TN  38101-1799

BY THE COURT: _Magdeline D. Coleman_
                    JUDGE

November 19, 2018

Cura an Elior Company
775 Woodlands Pkway, Ste 100
Ridgeland, MS 39157

Redley, Annetto A.