United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-11099-mdc
Annetto A. Redley                                                               Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey          Page 1 of 1          Date Rcvd: Nov 19, 2018
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2018.
db            +Annetto A. Redley,    229 Kenilworth Avenue,    Philadelphia, PA 19120-1411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2018 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Freedom Mortgage Corporation
           bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          JOHN L. MCCLAIN    on behalf of Debtor Annetto A. Redley aaamcclain@aol.com,  edpabankcourt@aol.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                          TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13

　　　　**Redley, Annetto A.**
　　　　**Debtor** : 18-11099

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
<u>DEDUCTIONS FOR REMITTANCE TO TRUSTEE</u>**

**TO EMPLOYER:
Cura an Elior Company
775 Woodlands Pkway, Ste 100
Ridgeland, MS 39157**

Re: **Redley, Annetto A.**
SSN: xxx-xx-8607

The future earnings of the above named debtor Redley, Annetto A., being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's amended chapter 13 plan,

**It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$225.00 for 11 months (Started on March 1, 2018) then as of this February 1, 2019, the payment shall increase to $256.00 monthly for a period of 49 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

**$225.00 for 11 months (Started on March 1, 2018) then as of this February 1, 2019, the payment shall increase to $256.00 monthly for a period of 49 months, to:**

William C. Miller, Trustee, P.O. Box 1799, Memphis, TN  38101-1799

BY THE COURT:_____
　　　　　　　　　　JUDGE

November 19, 2018

Cura an Elior Company
775 Woodlands Pkway, Ste 100
Ridgeland, MS 39157

Redley, Annetto A.