# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-11099-MDC

ANNETTO A REDLEY

229 KENILWORTH AVENUE

PHILADELPHIA, PA 19120

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ANNETTO A REDLEY

    229 KENILWORTH AVENUE

    PHILADELPHIA, PA 19120

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

Date: 9/23/2019

        /S/ William C. Miller
        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee