**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
Redley, Annetto A.
    Debtor : 18-11099

## CERTIFICATE OF SERVICE

I certify that on the date shown below a copy of NOTICE OF FILING OF Motion to Modify Plan After Confirmation, Order and Notice was served upon the parties listed below, all interested parties and all creditors by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means.

October 22, 2019

/"s"/ Mitchell J. Prince, Esquire
Mitchell J. Prince, Esquire
John L. McClain, Esquire
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Redley, Annetto A.
229 Kenilworth Avenue
Philadelphia, PA 19120