## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  : Chapter 13
    Redley, Annetto A.
        Debtor  :  18-11099

### ORDER

AND NOW, to wit, this 21st day of November, 2019, upon consideration of the foregoing Motion filed by the Debtor's attorney "To Modify Plan after Confirmation",

IT IS HEREBY ORDERED.

That the motion is granted.

_Magdeline D. C_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

John L. Mc Clain, Esquire
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Redley, Annetto A.
229 Kenilworth Avenue
Philadelphia, PA 19120