```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                          Case No. 18-11099-mdc
Annetto A. Redley                                               Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey                Page 1 of 1              Date Rcvd: Dec 11, 2019
                               Form ID: pdf900               Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2019.
```
db             +Annetto A. Redley,    229 Kenilworth Avenue,    Philadelphia, PA 19120-1411
               +Cura An Elinor Company,   775 Woodlands Parkway, Ste. 100,    Ridgeland, MS 39157-5214
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2019                                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2019 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor   Freedom Mortgage Corporation
               bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
              JOHN L. MCCLAIN    on behalf of Debtor Annetto A. Redley aaamcclain@aol.com,  edpabankcourt@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor   Freedom Mortgage Corporation bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Freedom Mortgage Corporation bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 6
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Redley, Annetto A.
    Debtor : 18-11099

**SECOND AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:**
**Cura an Elior Company**
**775 Woodlands Pkway, Ste 100**
**Ridgeland, MS 39157**

Re: **Redley, Annetto A.**
SSN: xxx-xx-8607

The future earnings of the above named debtor Redley, Annetto A., being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's amended chapter 13 plan,

**It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$225.00 for 11 months (Started on March 1, 2018) then as of last February 1, 2019, the payment increased to $256.00 monthly for a period of 12 months, then as of this February 1, 2020, the payment shall increase again to $402.00 monthly for a period of 37 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

**$225.00 for 11 months (Started on March 1, 2018) then as of last February 1, 2019, the payment increased to $256.00 monthly for a period of 12 months, then as of this February 1, 2020, the payment shall increase again to $402.00 monthly for a period of 37 month to:** William C. Miller, Trustee, P.O. Box 1799, Memphis, TN 38101-1799

BY THE COURT: _____
    Magdeline D. Coleman
    Chief U.S. Bankruptcy Judge            December 11, 2019

Cura an Elior Company
775 Woodlands Pkway, Ste 100
Ridgeland, MS 39157