## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                         : Chapter 13
  Redley, Annetto A.

        Debtor                                 :  18-11099


### ORDER FOR ALLOWANCE OF SUPPLEMENTAL COMPENSATION
### AND REIMBURSEMENT OF EXPENSES

AND NOW, to wit, this _15th_ day of _January_ , 2019, 2020 upon consideration of

the foregoing Supplemental Application for Compensation and Reimbursement

of Expenses for Services Performed After Confirmation, IT IS HEREBY

    ORDERED that the Application is granted and, further, the unpaid balance of

$1,850.00 of the legal fees and incurred expenses shall be paid through

debtor's Modified Chapter 13 Plan/by debtor through the office of the Chapter

13 trustee as an administrative priority expense.


_Magdeline D. C_____
Chief Bankruptcy Judge