United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Annetto A. Redley  
     Debtor

Case No. 18-11099-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Jan 17, 2020  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2020.  
db          +Annetto A. Redley,   229 Kenilworth Avenue,   Philadelphia, PA 19120-1411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                               TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2020 at the address(es) listed below:

        BRIAN CRAIG NICHOLAS    on behalf of Creditor    Freedom Mortgage Corporation bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        JOHN L. MCCLAIN    on behalf of Debtor Annetto A. Redley aaamcclain@aol.com, edpabankcourt@aol.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
   Redley, Annetto A.

   Debtor : 18-11099

ORDER FOR ALLOWANCE OF SUPPLEMENTAL COMPENSATION
AND REIMBURSEMENT OF EXPENSES

AND NOW, to wit, this _15th_ day of _January_, ~~2019~~ 2020, upon consideration of the foregoing Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation, IT IS HEREBY

ORDERED that the Application is granted and, further, the unpaid balance of $1,850.00 of the legal fees and incurred expenses shall be paid through debtor's Modified Chapter 13 Plan/by debtor through the office of the Chapter 13 trustee as an administrative priority expense.

_Magdeline D. C_____
Chief Bankruptcy Judge