## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Annetto A. Redley** | **BK NO. 18-11099 MDC** |
| **Debtor(s)** | |
| | **Chapter 13** |
| **FREEDOM MORTGAGE** | |
| **CORPORATION** | |
| **Movant** | |
| **vs.** | |
| **Annetto A. Redley** | |
| **Debtor(s)** | |
| **William C. Miller Esq.**, | |
| **Trustee** | |

### CERTIFICATE OF SERVICE
### NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>September 2, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Annetto A. Redley
229 Kenilworth Avenue
Philadelphia, PA 19120

<u>Attorney for Debtor(s)</u>
John L. McClain, Esq.
P.O. Box 123 (VIA ECF)
Narberth, PA 19072

<u>Trustee</u>
William C. Miller Esq.
Office of the Chapter 13 Standing Trustee
P.O. Box 40837 (VIA ECF)
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: <u>September 2, 2021</u>

**/s/Rebecca A. Solarz Esquire**
Rebecca A. Solarz Esquire
Attorney I.D. 315936
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com