United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11099-mdc |
| Annetto A. Redley | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 27, 2022 | Form ID: pdf900 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Annetto A. Redley, 229 Kenilworth Avenue, Philadelphia, PA 19120-1411 |
| 14647481 | + | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14058445 | + | Freedom Mortgage Corp, Attn: Bankruptcy, PO Box 489, Mt Laurel, NJ 08054-0489 |
| 14647480 | + | Freedom Mortgage Corporation, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14647570 | + | Freedom Mortgage Corporation, C/O Andrew Spivack, C/O Brock & Scott, PLLC, 302 Fellowship Road, Ste. 130, Mount Laurel, NJ 08054-1218 |
| 14299442 | + | Freedom Mortgage Corporation, C/O Maria Tsagaris, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14099512 | | Freedom Mortgage Corporation, Attention: Bankruptcy Department, 105600 Kincaid Drive, Fishers, IN 46037 |
| 14058446 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14058447 | + | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14058448 | + | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14091774 | + | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 14058452 | + | PGW, PO Box 11700, Newark, NJ 07101-4700 |
| 14058450 | + | Peoples Com, 1001 West Ridge Pike Rear, Conshohocken, PA 19428-1015 |
| 14058453 | + | Trident Asset Management, Attn: Bankruptcy, PO Box 888424, Atlanta, GA 30356-0424 |
| 14058455 | + | Water Revenue, City of Philadelphia, PO Box 41496, Philadelphia, PA 19101-1496 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 27 2022 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 27 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 27 2022 23:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 27 2022 23:47:45 | Orion (Met-Ed), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14171394 | | Email/Text: megan.harper@phila.gov | Jan 27 2022 23:45:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14058443 | + | Email/Text: convergent@ebn.phinsolutions.com | Jan 27 2022 23:45:00 | Convergent Outsourcing, Inc, PO Box 9004, Renton, WA 98057-9004 |
| 14058454 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2022 23:47:46 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 14058444 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2022 23:47:46 | Dsnb Bloomingdales, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 14097350 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2022 23:47:35 | LVNV Funding, LLC its successors and assigns |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | as, assignee of CVF Consumer Acquisition, Company, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14058449 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 27 2022 23:44:00 | PECO, PO Box 13439, Philadelphia, PA 19101-3439 |
| 14058916 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 27 2022 23:47:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14062600 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 27 2022 23:47:38 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14058451 | | Peter Cumberbatch, unknown |
| 14058442 | *+ | Annetto A. Redley, 229 Kenilworth Avenue, Philadelphia, PA 19120-1411 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2022    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| JOHN L. MCCLAIN | on behalf of Debtor Annetto A. Redley aaamcclain@aol.com edpabankcourt@aol.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ANNETTO A REDLEY | Chapter 13 |
| Debtor | Bankruptcy No. 18-11099-MDC |

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

January 27, 2022

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
JOHN L. MCCLAIN, ESQ.
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-


Debtor:
ANNETTO A REDLEY

229 KENILWORTH AVENUE

PHILADELPHIA, PA 19120