Fill in this information to identify the case:

Debtor 1    Annetto A. Redley

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number   18-11099 MDC

**Official Form 410S1**

# Notice of Mortgage Payment Change

**12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** FREEDOM MORTGAGE CORPORATION

**Court claim no.** (if known):  4

**Last 4 digits** of any number you use to identify the debtor's account: 4998

**Date of payment change:**
Must be at least 21 days after date of this notice    12/1/19

**New total payment:** **$799.30**
Principal, interest, and escrow, if any

## Part 1:  Escrow Account Payment Adjustment

1.  **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   | Current escrow payment:  $241.97 | New escrow payment:  $ 263.25 |
   | --- | --- |

## Part 2:  Mortgage Payment Adjustment

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   | Current interest rate: _____% | New interest rate: _____% |
   | --- | --- |
   | Current principal and interest payment: $_____ | New principal and interest payment: $ _____ |

## Part 3:  Other Payment Change

3.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   | Current mortgage payment: $_____ | New mortgage payment: $ _____ |
   | --- | --- |

Debtor(s)    Annetto A. Redley _____    Case number (*if known*) _ 18-11099 MDC
            First Name      Middle Name       Last Name

---

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

■  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Rebecca A. Solarz _____        Date    11/5/19
   Signature

Print:       Rebecca A. Solarz _____        Title    Attorney for Creditor _____
             First Name        Middle Name       Last Name

Company      KML Law Group, P.C. _____

Address      701            Market Street, Suite 5000 _____
             Number         Street
             Philadelphia,                          PA      19106
             City                                    State    ZIP Code

Contact phone   (215) 627–1322            Email  RSolarz@kmllawgroup.com _____

---